IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| KEVIN HARRIS | * | |
| Plaintiff | | |
| | * | |
| v. | | Civil Action No.: JFM-02-236 |
| | * | |
| CLUB HOLLYWOOD, INC., HARVEY BLONDER, JEFFREY P. GOLDSTEIN, ROBERTA L. GOLDSTEIN | * | |
| | ***** | |
| Defendant | | |

# ORDER

The court file reflecting that service of process has been effected upon the above named defendant(s) and that defendant(s) has/have not yet filed any response to the Complaint, it is, this 10th day of May, 2002,

ORDERED that plaintiff(s) file and serve by mail on the above named defendant(s) a motion for entry of default by the Clerk and a motion for default judgment, or provide a report as to why such motions would be inappropriate, within 30 days of this order.

_____
J. Frederick Motz
United States District Judge