IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| KEVIN HARRIS, | : | |
| Plaintiff, | : | Case No.: JFM-02-CV-236 |
| vs. | : | |
| CLUB HOLLYWOOD, INC., et al., | : | |
| Defendants. | : | |

**JOINT MOTION TO MODIFY SCHEDULING ORDER**

The Plaintiff, Kevin Harris, and the Defendants, Club Hollywood, Inc., Harvey Blonder, Jeffrey P. Goldstein, and Roberta L. Goldstein, by and through their respective and undersigned counsel, move this Honorable Court to again modify the Scheduling Order pursuant to Federal Rule of Civil Procedure 6(b) and Local Rules 105.9 and 103.9 and to extend the deadlines for the completion of discovery, for the submission of the status report, for the filing of requests for admission, and for the filing of dispositive motions by another sixty (60) days. As grounds for this Motion, the Parties state that they have been unable to complete discovery because of weather related delays and because the Plaintiff's attorney, John E. Smathers, Esquire, was unexpectantly ordered to active duty in the Army.

The grounds and additional reasons for this Motion are set forth in the accompanying Memorandum of Reasons and Authorities in support thereof.

WHEREFORE, the Plaintiff and the Defendants respectfully request that the Scheduling Order by modified and that the deadline for discovery be extended for sixty

(60) days from March 28, 2003 to May 28, 2003, that the deadline for filing the status report be extended from March 28, 2003 to May 28, 2003, that the deadline for the filing of requests for Admission be extended from April 3, 2003 to June 3, 2003, and that the deadline for dispositive motions be extended from April 28, 2003 to June 30, 2003.

Respectfully submitted,

| McGOWAN, CECIL & SMATHERS,L.L.C. | JORDAN COYNE & SAVITS, L.L.P. |
|---|---|
| By:_____<br>　John E. Smathers<br>　Bar No.: 07352<br>　Michael McGowan<br>　Bar No.: 02797<br>　317 Main Street<br>　Laurel, Maryland 20707<br>　(301) 483-9960<br><br>　Attorneys for Plaintiff | By:_____<br>　Deborah Murrell Whelihan<br>　Bar No.: 05149<br>　1100 Connecticut Avenue, N.W.<br>　Suite 600<br>　Washington, D.C. 20036<br>　(202) 496-2810<br><br>　Attorney for Defendants |