IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| KEVIN HARRIS, | : | |
| Plaintiff, | : | Case No.: JFM-02-CV-236 |
| vs. | : | |
| CLUB HOLLYWOOD, INC., et al., | : | |
| Defendants. | : | |

**ORDER**

Upon consideration of the Joint Motion To Modify Scheduling Order, it is this \_\_\_\_ day of _____, 2003,

ORDERED, that the Joint Motion To Modify Scheduling Order is GRANTED; and it is further,

ORDERED, that the Scheduling Order is modified to extend certain deadlines by sixty (60) days; and it is further,

ORDERED, that the deadline for discovery be extended from March 28, 2003 to May 28, 2003; and it is further,

ORDERED, that the deadline for filing the status report be extended from March 28, 2003 to May 28, 2003; and it is further,

ORDERED, that the deadline for the filing of requests for Admission be extended from , that the deadline for the filing of requests for Admission be extended from April 3, 2003 to June 3, 2003; and it is further,

ORDERED, that the deadline for dispositive motions be extended from April 28, 2003 to June 30, 2003.

_____
J. Frederick Motz
United States District Judge

cc: Michael McGowan, Esquire
McGowan, Cecil & Smathers, L.L.C.
317 Main Street
Laurel, MD 20707

Deborah M. Whelihan, Esquire
Jordan Coyne & Savits, L.L.P.
1100 Connecticut Avenue, N.W.
Suite 600
Washington, D.C.  20036