DEPARTMENT OF THE ARMY
HEADQUARTERS, UNITED STATES ARMY
SPECIAL OPERATIONS COMMAND
FORT BRAGG, NORTH CAROLINA 28310

ORDERS R022-215             22 January 2003

SMATHERS JOHN ERIC    579846422      CPT
422 CA BN, (WRTUTO)
1120 N CHURCH ST
GREENSBORO, NC 27401

You are ordered to active duty as a member of your Reserve Component Unit for the period indicated unless sooner released or unless extended. Proceed from your current location in sufficient time to report by the date specified. You enter active duty upon reporting to unit home station.

Report to: 422 CA BN, (WRTUUB)
           1120 N CHURCH ST
           GREENSBORO, NC 27401 on 1/22/2003
Report to: MUIC, FT BRAGG, NC 28310 on 1/26/2003
Period of Active Duty: 365 days not to exceed two years
Purpose: In Support of Operation ENDURING FREEDOM.
Mobilization Category: V
Additional Instructions:
(a) Sure Pay is mandatory. Soldier must bring the appropriate documentation to support the requirement to authorize sure pay to the bank.
(b) Early reporting is not authorized.
(c) Unaccompanied baggage shipment is not authorized.
(d) Movement of Household goods and dependents is not authorized.
(e) Travel by privately owned vehicle (POV) is not authorized.
(f) Rental car is not authorized.
(g) Commercial air is authorized.
(h) Soldiers that are deployed for more than 90 days are authorized temporary storage of household goods as provided by para U4770-B, Joint Federal travel Regulation. Storage of POV is also authorized. Contact the local transportation office for assistance (not in connection with PCS shipment).
(i) Excess accompanied baggage up to 200 pounds is authorized.
(j) Bring with you complete military clothing bag and appropriate personal items. Shipment of individual military weapons is authorized. All weapons and sensitive items on military aircraft will be transported IAW AR 190-11.
(k) Soldier will not handcarry Military Personnel Records Jacket (MPRJ), health and dental, training, and clothing records, if moving as an individual. Records will be moved per AR 600-8-101, Chapter 5.
(l) Bring copies of rental agreement or mortgage, marriage certificate, birth certificate, birth certificate(s) of natural children, or documentation of dependency or child support.        (m) Bring copies of family care plan, wills, powers of attorney, and any other documentation effecting the soldier's pay or status.        (n) Government quarters and mess will be used.

                                                              EXHIBIT A

ORDER   R022-215       HQ, USASOC, FORT BRAGG, NC 28310      22 January 2003
(o) Under the Uniformed Services Employment and Reemployment Act (USERRA), service members involuntarily or voluntarily called to active duty must provide either written or verbal advance notification of their requirement to perform military service to their employer.
(p) Do not access into Active Army End Strength per section 138, Title 10, USC. Soldier will not be placed on the active duty list (sections 641(1)(D) and 620(A), Title 10, USC).
(q) Send TTAD efficiency reports to the Commander, AR-PERSCOM, ATTN: DARP-PRE-E/O, 9700 Page Boulevard, St. Louis, MO 63132-5200

DUTY LOCATION IN THEATRE:   ,

FOR ARMY USE:
AUTHORITY:   Title 10, USC 12302; HQDA Mob Ord 275-03  dated 13 JAN 03
Accounting Classification:
FY 2003
MPA FUND CITE FOR OFF 97 X 0833.0100 01-1100 P0415M00 11**/12** VFRE (FCA CODE)
MPA FUND CITE FOR ENL 97 X 0833.0100 01-1100 P0415N00 11**/12** VFRE (FCA CODE)
FY 2003-OMDA 9730100.56SA 0 505091012975.4L 21T2/21T1
SMA6422TD022215 CSEF58  S31007 5072
FY 2004
MPA FUND CITE OFF 97 X 0833.0100 01-1100 P0415M00 11**/12** VFRE (FCA CODE)
MPA FUND CITE ENL 97 X 0833.0100 01-1100 P0415N00 11**/12** VFRE (FCA CODE)
FY 2004-OMDA 9740100.56SA 0 505091012975.4L 21T2/21T1
SMA64221D022215 CSEF58  S31007 5072
MDC:   71PM
SEX:    M
Date of Birth:   19580504
Home of Record   2911 NEW ROVER ROAD
                 WEST FRIENDSHIP, MD 21794
AOC/PMOS:   SSA
DOR:   20000516
PEBD:  19910621
MRD/ETS:
Security Clearance
Component:
Format:  162

FOR THE COMMANDER:

                              ************************
                              *    OFFICIAL          *
                              *    FORT BRAGG NC     *
                              ************************
                              FRANK B. MCDOWELL
                              Chief, Reserve Personnel
                                Division

DISTRIBUTION:
1 - Files
1 - Cdr, 422 CA BN, 1120 N CHURCH ST, GREENSBORO, NC 27401
1 - USASOC, ATTN: AOOP
1 - USASOC, ATTN: AORN

EXHIBIT A