UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
Northern Division

KEVIN HARRIS

    Plaintiff

                                                     Case No.:  JI M 2CV 236

CLUB HOLLYWOOD, INC., et al

    Defendants

**PLAINTIFF'S MOTION TO AMEND BY INTERLINEATION**

Plaintiff, Kevin Harris, by and through his attorneys, Michael McGowan and McGowan, Cecil & Smathers, LLC, respectfully requests this Honorable Court to Grant his Motion To Amend by Interlineation and says:

1. That Defendant "Club Hollywood" has represented in Answers to Interrogatories that they are a trade name for "Buddy's Late Night Corporation".

2. That as a result of the aforementioned representation by the Defendant, the Plaintiff respectfully requests that "Club Hollywood" everywhere it appears in the Complaint including in the caption and the body of the Complaint be amended by interlineation to read "Buddy's Late Night Corporation doing business as Club Hollywood".

WHEREFORE, Plaintiff respectfully requests this Honorable Court to grant his Motion To Amend By Interlineation.

                                                  Respectfully submitted,

/s/
Michael McGowan, Esq.
McGowan, Cecil & Smathers, LLC
317 Main Street
Laurel, Maryland 20707
(301) 483-9960

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of May, 2003, a copy of Plaintiffs Motion To Amend By Interlineation was mailed, first-class mail, postage pre-paid to:

Deborah Whelihan, Esq.
1100 Connecticut Ave., N.W.
Suite #600
Washington, DC 20036

Michael McGowan, Esq.

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
Northern Division

KEVIN HARRIS

   Plaintiff

v.                                                                                  Case No.: JFM 2CV 236

CLUB HOLLYWOOD, INC., et al

   Defendants

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

ORDER

Upon the foregoing Plaintiffs' Motion To Amend By Interlineation having been duly considered, it is therefore, this _____ day of _____, 2003, by United States District Court for the District of Maryland,

ADJUDGED, ORDERED, and DECREED:

ORDERED that Plaintiffs Motion To Amend the Complaint by Interlineation is GRANTED and

ORDERED that wherever Club Hollywood, Inc. appears in the Complaint including the caption and body that it is amended by interlineations to read Buddy's Late Night Corporation doing business as Club Hollywood.

HONORABLE JUDGE

Send To:

Michael McGowan, Esq.
McGowan, Cecil & Smathers, LLC
317 Main Street
Laurel, MD 20707

Deborah Whelihan, Esq.
1100 Connecticut Ave., N. W.
Suite #600
Washington, DC 20036