IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| KEVIN HARRIS, | : | |
| Plaintiff, | : | Case No.: JFM-02-CV-236 |
| vs. | : | |
| CLUB HOLLYWOOD, INC., et al., | : | |
| Defendants. | : | |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(2), the plaintiff, Kevin Harris and the defendants, Club Hollywood, Inc., Harvey Blonder, Jeffrey P. Goldstein, and Roberta L. Goldstein, by and through their respective and undersigned counsel, agree and do dismiss the defendants, Club Hollywood, Inc., Harvey Blonder, Jeffrey P. Goldstein and Roberta L. Goldstein, from the above-referenced matter and all claims therein with prejudice.  The defendant, Buddy's Late Night Corporation, will remain as a defendant.

Respectfully submitted,

McGOWAN, CECIL & SMATHERS, LLC        JORDAN COYNE & SAVITS, L.L.P.

By: _____     By: _____
   Michael McGowan                         Deborah Murrell Whelihan, #05149
   317 Main Street                         1100 Connecticut Avenue, N.W.
   Laurel, MD 20707                        Suite 600
   (301) 483-9960                          Washington, D.C.  20036
                                           (202) 296-4747

   Attorneys for Plaintiff                 Attorneys for Defendant
   Kevin Harris                            Club Hollywood, Inc.