IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| KEVIN HARRIS, | : | |
| Plaintiff, | : | Case No.: JFM-02-CV-236 |
| vs. | : | |
| CLUB HOLLYWOOD, INC., et al., | : | |
| Defendants. | : | |

**STIPULATED ORDER OF
VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(2), the plaintiff, Kevin Harris and the defendant, Buddy's Late Night Corporation, by and through their respective and undersigned attorneys, stipulate and agree to the dismissal of the above-captioned action with prejudice.

Respectfully submitted,

| | |
|---|---|
| McGOWAN, CECIL & SMATHERS, LLC | JORDAN COYNE & SAVITS, L.L.P. |
| By: _____ | By: _____ |
| Michael McGowan | Deborah Murrell Whelihan, #05149 |
| 317 Main Street | 1100 Connecticut Avenue, N.W. |
| Laurel, MD 20707 | Suite 600 |
| (301) 483-9960 | Washington, D.C. 20036 |
| | (202) 296-4747 |
| Attorneys for Plaintiff | Attorneys for Defendant |
| Kevin Harris | Buddy's Late Night Corporation |

AGREED AND SO ORDERED:

_____
J. Frederick Motz, United States District Judge