FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

2003 SEP -8  A 11: 42

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

KEVIN HARRIS,

    Plaintiff,

vs.

CLUB HOLLYWOOD, INC., et al.,

    Defendants.

Case No.: JFM-02-CV-236

### STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(2), the plaintiff, Kevin Harris and the defendants, Club Hollywood, Inc., Harvey Blonder, Jeffrey P. Goldstein, and Roberta L. Goldstein, by and through their respective and undersigned counsel, agree and do dismiss the defendants, Club Hollywood, Inc., Harvey Blonder, Jeffrey P. Goldstein and Roberta L. Goldstein, from the above-referenced matter and all claims therein with prejudice. The defendant, Buddy's Late Night Corporation, will remain as a defendant.

Respectfully submitted,

| McGOWAN, CECIL & SMATHERS, LLC | JORDAN COYNE & SAVITS, L.L.P. |
|---|---|
| By: _____<br>Michael McGowan<br>317 Main Street<br>Laurel, MD 20707<br>(301) 483-9960 | By: _____<br>Deborah Murrell Whelihan, #05149<br>1100 Connecticut Avenue, N.W.<br>Suite 600<br>Washington, D.C. 20036<br>(202) 296-4747 |
| Attorneys for Plaintiff<br>Kevin Harris | Attorneys for Defendant<br>Club Hollywood, Inc. |

Approved
9/8/02