IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

KEVIN HARRIS,

    Plaintiff,

vs.

CLUB HOLLYWOOD, INC., et al.,

    Defendants.

Case No.: JFM-02-CV-236

## STIPULATED ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(2), the plaintiff, Kevin Harris and the defendant, Buddy's Late Night Corporation, by and through their respective and undersigned attorneys, stipulate and agree to the dismissal of the above-captioned action with prejudice.

Respectfully submitted,

McGOWAN, CECIL & SMATHERS, LLC

By: _____
Michael McGowan
317 Main Street
Laurel, MD 20707
(301) 483-9960

Attorneys for Plaintiff
Kevin Harris

JORDAN COYNE & SAVITS, L.L.P.

By: _____
Deborah Murrell Whelihan, #05149
1100 Connecticut Avenue, N.W.
Suite 600
Washington, D.C. 20036
(202) 296-4747

Attorneys for Defendant
Buddy's Late Night Corporation

**AGREED AND SO ORDERED:**

_/s/_ _____    9/8/03
J. Frederick Motz, United States District Judge

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2003 SEP -8  A 11: 42
CLERK'S OFFICE
AT BALTIMORE
_____ DEPUTY